1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 GEORGE MERCIER,

11      Plaintiff,                            Case No. 2:06-CV-00147-KJD (PAL)

12 v.                                  **ORDER**

13 LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al*.,

14

     Defendants.

15

16

17        Before the Court for consideration is the Findings and Recommendation (#4) of Magistrate

18 Judge Peggy A. Leen entered May 9, 2006, recommending that Plaintiff's Complaint be dismissed

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The parties had ten days from receipt
19
to file objections to the Findings and Recommendation.  See 28 U.S.C. § 636(b)(1)(C).  The time to
20
file objections has passed and neither party has filed such.  Moreover, the Court has reviewed the
21
record in this case in accordance with 28 U.S.C. § 636(b)(1)(C) and Local Rule LR IB 3-2.  The
22
Court determines that the Findings and Recommendation of the United States Magistrate Judge
23
entered May 9, 2006, should be adopted.  On March 28, 2006, the Court directed the Clerk of the
24
Court to file Plaintiff's complaint and ordered the complaint dismissed for failure to state a claim
25
upon which relief can be granted.  The Court, however, accorded Plaintiff thirty days to file an
26

amended complaint.  Plaintiff has yet to file the amended complaint.  Rule 41(b) dismissal is now appropriate.  See Malone v. United States Postal Serv., 833 F.2d 128, 130 (9th Cir. 1987).

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation (#4) of Magistrate Judge Peggy A. Leen entered May 9, 2006, is **APPROVED** and **ADOPTED**.

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED**.

DATED this 1st day of June 2006.

Kent J. Dawson
United States District Judge